Opinion by FORD, J. In accordance with stipulation of counsel that the merchandise consists of seine and purse seine nets made of nylon or manryo similar in all material respects to those the subject of Abstract 63947, the claim of the plaintiffs was sustained.

**No. 66421.**—The Linen Thread Co., Inc., and Frank P. Dow Co., Inc. *v.* United States, protest 58/23625 (San Francisco).

Opinion by FORD, J. In accordance with stipulation of counsel that the merchandise consists of nylon gill nets similar in all material respects to those the subject of Abstract 63947, the claim of the plaintiffs was sustained.

**No. 66422.**—Otto Gerdau Co. and J. J. Boll *v.* United States, protest 229946–K (New York).

Opinion by FORD, J. In accordance with stipulation of counsel that the merchandise consists of nylon yarn similar in all material respects to that the subject of Abstract 65739 and following the principles set forth in *United States* v. *Steinberg Bros.* (47 C.C.P.A. 47, C.A.D. 727), the claim of the plaintiffs was sustained.

**No. 66423.**—Masurel Worsted Mills, Inc., and F. E. Wallace & Co., Inc. *v.* United States, protest 305965–K (New York).

Opinion by FORD, J. In accordance with stipulation of counsel that the merchandise consists of nylon yarn similar in all material respects to that the subject of Abstract 65739 and following the principles set forth in *United States* v. *Steinberg Bros.* (47 C.C.P.A. 47, C.A.D. 727), the claim of the plaintiffs was sustained.

**No. 66424.**—Lobsitz Mills Co. *v.* United States, protest 60/27373 (New York).